JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA CARR and LASHAWNA WICKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a corporation, WAL-MART ASSOCIATES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:21-cv-01429-AB-KK<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 1, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.